The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FLOYD BALMER,

    Plaintiff,

v.

TODD PACIFIC SHIPYARDS CORPORATION, a foreign corporation,

    Defendant.

No. C01-5458 FDB

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**Stipulation**

Plaintiff Floyd Balmer, through his counsel, Larry J. King and Harrell, Desper, Connell, Hunter & Gautschi, P.L.L.C. and Frederick H. Gautschi, III, George Hunter, and Bruce A. Harrell, and Defendant Todd Pacific Shipyards Corporation, through its counsel, Karr Tuttle Campbell and Richard Omata and Tracy Miller, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each party to bear its own costs and attorneys' fees.

Dated: June 4, 2002.

HARRELL, DESPER, CONNELL, HUNTER & GAUTSCHI, P.L.L.C.

_/s/ Frederick H. Gautschi, III_
Frederick H. Gautschi, III, WSBA No. 20489
George Hunter, WSBA No. 14388
Bruce A. Harrell, WSBA No. 17173
Attorneys for Floyd Balmer

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

ORIGINAL

*Authorization received 6/4/02
by Frederick H. Hautubach*

Larry J. King, WSBA 01325
Attorney for Floyd Balmer

Dated: June 5th, 2002.

KARR TUTTLE CAMPBELL

*Tracy M. Miller*

Richard J. Omata, WSBA # 7032
Tracy M. Miller, WSBA #24281
Attorneys for Todd Pacific Shipyards Corporation

## ORDER

Pursuant to the foregoing stipulation, the Court ORDERS that the plaintiff's complaint in the above-captioned action is hereby dismissed with prejudice and with each party to bear its own costs and attorneys' fees.

Dated this 11 day of June, 2002.

The Honorable Franklin D. Burgess
United States District Judge

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE                        2

car

United States District Court
for the
Western District of Washington
June 11, 2002

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re: 3:01-cv-05458

True and correct copies of the attached were mailed by the clerk to the following:

    Frederick Henry Gautschi III, Esq.
    HARRELL DESPER CONNELL & ROESCH
    STE 600
    1325 4TH AVE
    SEATTLE, WA  98101-2359

    Bruce A Harrell, Esq.
    HARRELL DESPER CONNELL & ROESCH
    STE 600
    1325 4TH AVE
    SEATTLE, WA  98101-2359
    206-583-0050

    George Theodore Hunter, Esq.
    HARRELL DESPER CONNELL & ROESCH
    STE 600
    1325 4TH AVE
    SEATTLE, WA  98101-2359

    Larry J. King, Esq.
    LAW OFFICES OF LARRY J KING
    PO BOX 796
    OLYMPIA, WA  98507-0796
    FAX 1-360-786-9247

    Richard J. Omata, Esq.
    KARR TUTTLE CAMPBELL
    STE 2900
    1201 THIRD AVE
    SEATTLE, WA  98101-3028
    FAX 682-7100

    Tracy M Miller, Esq.
    KARR TUTTLE CAMPBELL
    STE 2900
    1201 THIRD AVE
    SEATTLE, WA  98101-3028
    FAX 682-7100

    Judge Burgess